# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| AFS LOGISTICS, LLC | CIVIL ACTION NO. 25-2017 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| MRL HOLDCO, INC. | MAGISTRATE JUDGE McCLUSKY |

## ORDER

The Court having reviewed the Report and Recommendation of the Magistrate Judge previously filed herein, Record Document 26, the plaintiff's Motion to Remand and defendant's memorandum in opposition, Record Documents 13 and 25, and with no written objections having been filed into the record, after a *de novo* review of the record, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that the plaintiff's Motion to Remand, Record Document 13, is **DENIED**.

**DONE AND SIGNED** at Shreveport, Louisiana, this 17th day of July, 2026.

_____
**ALEXANDER C. VAN HOOK**
**UNITED STATES DISTRICT JUDGE**