**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| AFS LOGISTICS, LLC | CIVIL ACTION NO. 25-2017 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| MRL HOLDCO, INC. | MAGISTRATE JUDGE McCLUSKY |

**ORDER**

Based on the foregoing Memorandum Ruling and the reasons in the Report and Recommendation of the Magistrate Judge, and having reviewed the record *de novo* and the objection and response filed,

**IT IS ORDERED** that the Motion to Dismiss, Record Document 8, filed by defendant MRL Holdco, Inc., is **GRANTED IN PART** and **DENIED IN PART**. The motion is **GRANTED** to the extent the Court lacks personal jurisdiction and **DENIED** to the extent it seeks dismissal.

**IT IS FURTHER ORDERED** that the alternative motion to transfer is **GRANTED** as to transfer under § 1406(a) and **DENIED AS MOOT** insofar as it seeks transfer under § 1404(a) due to lack of proper venue in this district.

**THE CLERK IS INSTRUCTED** to effectuate transfer of this civil action to the United States District Court for the District of Arizona.

**DONE AND SIGNED** at Shreveport, Louisiana, this 29th day of September, 2026.

Alex C. Van Hook

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE